UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-80313-COHN/SELTZER

NEPTUNE RESEARCH, INC.,

    Plaintiff,

vs

BENJAMIN PIERRE RICH, BPR, LLC, a
Florida limited liability company, ARCO
INTERNATIONAL, LLC, a Florida limited liability
company, ESPERANZA "THERESA" POPE,
WALTER J. POPE, and ESPLEX INT'L, LLC,
a Florida limited liability company,

    Defendants.
_____/

**ORDER DENYING NEW DEFENDANTS' EMERGENCY MOTION TO CANCEL ALL PENDING PRETRIAL DEADLINES AND FOR THE ESTABLISHMENT OF A NEW SCHEDULING ORDER AND FOR PROTECTIVE ORDER**

**THIS CAUSE** is before the Court upon Defendants Esperanza "Theresa" Pope, Walter J. Pope and Esplex International, LLC's ("New Defendants") Emergency Motion to Cancel All Pending Pretrial Deadlines and for the Establishment of a New Scheduling Order and For Protective Order ("Emergency Motion") [DE 44] and Plaintiff's Response thereto [DE 45]. The Court has carefully considered the motion and response, and is otherwise fully advised in the premises.

Plaintiff initially filed this action against Defendants Benjamin Pierre Rich, BPR, LLC and ARCO International LLC on February 24, 2010. After receiving leave of Court, Plaintiffs added the New Defendants via an Amended Complaint filed on July 26, 2010. Fact and expert discovery between Plaintiff and the original Defendants continues and is due to close this month. Several depositions are scheduled today and Monday,

August 16, 2010.

On August 12, 2010 at 4:52pm, counsel for the New Defendants filed the present "emergency" motion, stating that they were just retained yesterday and seeking the Court to immediately lift all pretrial deadlines and enter a protective order for the depositions scheduled today and Monday, effectively halting the ongoing discovery in this case.  Plaintiff opposes this part of the motion.  The Court denies the request to lift the present discovery deadlines or stay any scheduled depositions.  Those depositions should proceed.  The Court concludes that the requests contained in Plaintiff's Response to the motion are reasonable and will grant those requests as explained below.

The New Defendants also seek relief regarding discovery of certain bank records, asserting that confidential and proprietary information is on its way from Bank of America to Plaintiff's counsel.  The New Defendants request three days to file a motion to quash the production and for a protective order.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. New Defendants' Emergency Motion to Cancel All Pending Pretrial Deadlines and for the Establishment of a New Scheduling Order and For Protective Order [DE 44] is hereby **DENIED**;

2. All scheduled depositions should continue under the present schedule, without prejudice to the rights of the New Defendants;

3. The parties' counsel shall consult with one another within seven (7) days to determine whether revisions to the discovery and pretrial deadlines are

> necessary, and file a report on that conference by August 23, 2010;

4. By August 20, 2010, New Defendants shall file a motion for protective order or to agree with opposing counsel regarding production of the Bank of America Esplex bank records, and that counsel for NRI shall not review said records absent an agreement with Esplex's counsel or a court order permitting NRI's counsel to do so.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of August, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:

Counsel of record on CM/ECF

3